

March 27, 2026

VIA ECF
Hon. Barbara D. Holmes
United States District Court, Middle District of TN
719 Church Street
Nashville, TN 37203

Re: *Keller v. Platform Lending, LLC* – Case No.: 25-cv-1424 (MDTN)

Dear Judge Holmes:

Please accept this letter as the parties' status report as required by Judge Wehrman's Order dated February 11, 2026 (Doc. 14).

Please be advised that the parties have settled Plaintiff's claim in principal and are actively working on reaching an agreement on the necessary documents to dispose of the Complaint.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

LIPPES MATHIAS LLP

*/s Brendan H. Little*

Brendan H. Little

BHL/mem

Case 3:25-cv-01424   Document 23   Filed 03/27/26   Page 1 of 1 PageID #: 94