**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

MARTIN KELLER )
)
v. )     **Case No. 3:25-cv-01424**
)     **Trauger/Holmes**
PLATFORM FUNDING LLC )

## O R D E R

On March 27, 2026, Defendant Platform Lending, LLC filed a letter in which its counsel states that "the parties have settled Plaintiff's claim in principal and are actively working on reaching an agreement on the necessary documents to dispose of the Complaint." (Docket No. 23.) Accordingly, Defendant must, **by no later than April 24, 2026**, submit either (i) a joint stipulation of dismissal or joint motion with proposed agreed order of dismissal or (ii) other filing agreed to by Plaintiff in resolution of case.

Given the parties' settlement, Plaintiff's pending motions for leave to issue subpoenas duces tecum (Docket Nos. 18 and 22) are **DENIED AS MOOT** without prejudice.

It is **SO ORDERED**.

BARBARA D. HOLMES
United States Magistrate Judge