IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARTIN KELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:25-cv-01424 |
| | ) | |
| PLATFORM FUNDING LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Martin Keller voluntarily dismisses, with prejudice, the subject action against Defendant Platform Funding LLC with each party to bear its respective attorneys' fees and costs incurred in this action.

Dated: April 28, 2026

**LIPPES MATHIAS LLP**

/s Brendan H. Little                       /s Martin Keller (with consent)
Brendan H Little, Esq.                  Martin Keller, Pro Se Plaintiff
Attorneys for Defendant
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I electronically filed the Stipulation of Dismissal via the CM/ECF system, which should then send notification of such filing to all counsel of record and Plaintiff at the following email address:

Martin Keller – mdkeller1230@gmail.com

/s Brendan H. Little
Brendan H. Little